```
___ FILED ___ LODGED
    ___ RECEIVED

      MAY 2 1 2007

   CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY                            DEPUTY
```

MAGISTRATE JUDGE

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR06-5705 |
| Plaintiff, | FINDINGS AND ORDER ACCEPTING DEFENDANT FOR DEFERRED PROSECUTION, APPROVING TREATMENT PLAN, AND DIRECTING DEFENDANT TO TAKE TREATMENT AS PRESCRIBED |
| v. | |
| TOMMEY BRADLEY, | |
| Defendant/Petitioner. | (CLERK'S ACTION REQUIRED) |

THIS MATTER, coming for hearing this ____ day of _____, 2007, upon the defendant's Petition for Deferred Prosecution; the defendant appearing in person and by his attorney, Steven J. Krupa, and the United States of America being represented by _____ _____, Assistant United States Attorney; the Court having examined and incorporated into the record Petitioner's Petition and Statement in support of deferred prosecution, the evaluation and treatment report prepared by Lakeside-Milam Recovery Centers, and the files and records herein, being fully advised in the premises, does now make

Deferred Prosecution- 9

LAW OFFICES OF
KRUPA & CLARK
1008 S. Yakima Ave., Ste. 100
Tacoma, WA 98405
(253) 573-1000
Fax (253) 428-0330

9



06-CR-05705-ORD

and enter the following:

## I.  **FINDINGS OF FACT**

A. On or about the 8th day of August, 2006, Petitioner was charged with the offense/offenses charged in the Information. This offense occurred as a direct result of alcoholism/chemical dependancy problems;

B. Petitioner suffers from an alcohol/drug problem, and is in need of treatment;

C. The probability of similar misconduct in the future is great if the problem is not treated;

D. Petitioner is amendable to treatment;

E. An effective rehabilitative treatment plan is available to Petitioner through Lakeside-Milam Recovery Centers, an approved treatment facility as designated by the laws of the State of Washington, and Petitioner agrees to be liable for all costs of this treatment program;

F. That Petitioner agrees to comply with the terms and conditions of the program offered by the treatment facility as set forth in the diagnostic evaluation from Lakeside-Milam Recovery Centers, attached to Statement of Petitioner filed herewith, and that Petitioner agrees to be liable for all costs of this treatment program;

G. That Petitioner has knowingly and voluntarily stipulated to the admissibility and sufficiency of the facts as contained in the written police report attached to the Statement of Petitioner filed herewith;

H. That Petitioner has acknowledged the admissibility of the stipulated facts in any

Deferred Prosecution- 10

LAW OFFICES OF
KRUPA & CLARK
1008 S. Yakima Ave., Ste. 100
Tacoma, WA 98405
(253) 573-1000
Fax (253) 428-0330

10

1  criminal hearing or trial on the underlying offense or offenses held subsequent to revocation of
2  this Order Granting Deferred Prosecution and that these reports will be used to support a
3  finding of guilt;
4      From the foregoing FINDINGS OF FACT, the court draws the following:

## II. CONCLUSIONS OF LAW

6    A.    That the above-entitled Court has jurisdiction over the subject matter and
7  Petitioner, Tommey Bradley, in this case;
8    B.    That Petitioner's Petition for Deferred Prosecution meets the requirements of
9  RCW 10.05 et seq.;
10    C.    That the diagnostic evaluation and commitment to treatment meets the
11  requirements of RCW 10.05.150;
12    D.    That Petitioner is eligible for deferred prosecution.

## III. ORDER

14      Having made and entered the foregoing FINDINGS OF FACT and CONCLUSIONS
15  OF LAW, it is hereby
16      ORDERED that the defendant is accepted for deferred prosecution. The prosecution of
17  the above-entitled matter is hereby deferred for five (5) years pursuant to RCW 10.05 et seq.,
18  upon the following terms and conditions:
19    A.    Petitioner shall be on probation for the deferral period and follow the rules and
20  regulations of probation;
21    B.    Petitioner shall enroll in and successfully complete the two-year treatment
22  program recommended by Lakeside-Milam Recovery Centers according to the terms and
23  conditions of that plan as outlined in the diagnostic evaluation, a true copy of which is attached

Deferred Prosecution- 11

LAW OFFICES OF
KRUPA & CLARK
1008 S. Yakima Ave., Ste. 100
Tacoma, WA 98405
(253) 573-1000
Fax (253) 428-0330

11

to the Petition and incorporated herein by reference. Petitioner shall not change treatment agencies without prior Probation approval;

C. The treatment facility, Lakeside-Milam Recovery Centers, shall file with the United States Probation Office status reports of Petitioner's compliance with treatment, monthly during the first year of the deferred prosecution period, and every three (3) months during the second year. The Court may increase the frequency of these reports at its discretion;

D. Petitioner shall notify U.S. Probation within 72 hours of any residence change.

E. Petitioner shall abstain during the deferred prosecution period from any and all consumption of alcoholic beverages and/or non-prescribed mind-altering drugs;

F. Petitioner shall not operate a motor vehicle on the public highways without a valid operator's license and proof of liability insurance sufficient to comply with the state laws on financial responsibility;

G. Petitioner shall be law abiding and shall not commit any alcohol/drug related offenses or other criminal offenses during the period of deferral;

H. Petitioner shall notify U.S. Probation within 72 hours of being arrested, questioned, or cited by Law Enforcement;

I. In the event that Petitioner fails or neglects to carry out and fulfill any term or condition of his treatment plan or violates any provision of this Order or any rule or regulation of his probation officer, upon receiving notice, the Court shall hold a hearing to determine why Petitioner should not be removed from deferred prosecution and prosecuted for the offense/offenses charges;

J. In the event the Court finds cause to revoke this deferred prosecution, the stipulated police reports shall be admitted into evidence, and Petitioner shall have his guilt or

Deferred Prosecution- 12

LAW OFFICES OF
KRUPA & CLARK
1008 S. Yakima Ave., Ste. 100
Tacoma, WA 98405
(253) 573-1000
Fax (253) 428-0330

12

1  innocence determined by the Court;

2  K.  That the statement of Petitioner for Deferred Prosecution shall remain sealed,

3  and all subsequent reports or documents relating to his treatment information shall be sealed, to

4  maintain confidentiality of Petitioner's treatment information;

5  L.  That the Department of Licensing be notified of this Order accepting the

6  Petitioner for deferred prosecution;

7  M.  Upon proof of Petitioner's successful completion of five years deferral period in

8  this Order, the Court shall dismiss the charges pending against the Petitioner.

9  N.  Additional Conditions: _____

10 _____

11 _____.

12

13 DONE IN OPEN COURT this 21st day of May , 2007.

14

15                                    _____
                                      UNITED STATES MAGISTRATE JUDGE
16

17 Presented by:

18 _____

19 Steven J. Krupa
   WSBA #23997
20 Attorney for Petitioner

21 I have received a copy of the foregoing Order for Deferred Prosecution. I have read and
   understand its contents, and agree to abide by the terms and conditions set forth herein.

22 Dated: 4-14-07                    _____
                                      Petitioner
23

24

25 Deferred Prosecution- 13

LAW OFFICES OF
KRUPA & CLARK
1008 S. Yakima Ave., Ste. 100
Tacoma, WA 98405
(253) 573-1000
Fax (253) 428-0330

13

1      I certify a copy of this signed Order was mailed to the subject treatment facility, on
2  May 21, 7_____, 2007. The United States Probation Office was also furnished a copy of this Order.

3
4                         Deputy Clerk

5

6  UNITED STATES OF AMERICA,  )
7                                    )
                Plaintiff,  )  CASE NO. CR06-5705
8                                    )
9  v.  )
                                  )
10  TOMMEY BRADLEY,  )
                                  )
11              Defendant/Petitioner.  )

12
13      I hereby acknowledge receipt of the Deferred Prosecution Petition Packet. I understand that I must comply with the deadlines set forth in the Order Establishing Procedures for Processing Deferred Prosecution Petitions if I petition for deferred prosecution. If I choose to
14  petition this Court for deferred prosecution I will execute the paperwork provided to me in the Deferred Prosecution Petition Packet.

15
16  _____ 4-17-07
    Defendant                                Date
17
18  _____ 4-17-07
    Defense Counsel                          Date

*Deferred Prosecution - 14*

LAW OFFICES OF
KRUPA & CLARK
1008 S. Yakima Ave., Ste. 100
Tacoma, WA 98405
(253) 573-1000
Fax (253) 428-0330

14